473 A.2d 1015

**Robert MAGEN, Appellant,**

v.

**LANKENAU HOSPITAL, Hunter Neal, M.D., and Robert K. Jones, M.D.**

Supreme Court of Pennsylvania.

Argued April 11, 1984.

Decided April 16, 1984.

S. Robert Levant, Philadelphia, for appellant.

James J. McCabe, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.